UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN CERVANTES CASTANEDA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner, Social Security,<br><br>　　　　Defendant. | Case No. 1:17-cv-01654-EPG<br><br>ORDER TO EXTEND THESCHEDULING DATES<br><br>(ECF No. 12) |

Pursuant to the parties' stipulation (ECF No. 12), the Court finds good cause for and will grant the requested extension of time. Accordingly,

IT IS ORDERED,

1. That the time for Plaintiff to provide Plaintiff's Settlement Proposal is extended to September 11, 2018, with all other scheduling dates to be modified accordingly, per the Scheduling Order (ECF No. 6).
2. That Plaintiff's reply brief, if any, shall be filed on or before December 30, 2018.

IT IS SO ORDERED.

Dated: **September 5, 2018**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE