UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN CERVANTES CASTANEDA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner, Social Security,<br><br>　　　　　Defendant. | Case No.: 1:17-CV-01654-EPG<br><br>ORDER TO EXTEND THE SCHEDULING DATES<br><br>(ECF No. 16) |

IT IS HEREBY ORDERED, pursuant to the parties' stipulation (ECF No. 16), and a finding of good cause, that Plaintiff's Opening Brief shall be filed on or before December 15, 2018, and that Defendant's Reply Brief shall be filed on or before January 29, 2019. All other dates in the Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: __**November 14, 2018**__　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE