MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| FERMIN CERVANTES CASTANEDA, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:17-cv-001654-EPG <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 35 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF <br><br> (ECF No. 21) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 35 additional days to respond to Plaintiff's opening brief. The current due date is January 16, 2019. The new due date will be February 20, 2019.

This is Defendant's first request for an extension of time and the third request in this case overall. There is good cause for this request. Since the filing of Plaintiff's opening brief, Defendant's counsel has been addressing a full workload and backlog of district court cases and other matters, after recovering from sickness that caused her to be incapacitated and unable to work for multiple days. This included multiple district court briefs, an EEOC appeal, objection

to a bankruptcy discharge, and an EEOC hearing request and related settlement discussions, around the date of Plaintiff's opening brief.  Starting January 7, 2019, Defendant's counsel has 12 district court cases to brief in January (including 7 briefs the same week as the deadline of this case of January 16, 2019), the majority of which have been previously extended by either Plaintiff or Defendant multiple times and are older than the present case, as well as 12 district court cases to brief in February.  Defendant's counsel has shifted and is continuing to shift many of her cases to avoid missing the deadlines of her cases, minimize further delay of her older cases including this case, to which she is giving priority where possible, and to minimize making multiple requests with the court.

Thus, Defendant is respectfully requesting additional time up to and including February 20, 2019, to respond to Plaintiff's opening brief.  This request is made in good faith with no intention to unduly delay the proceedings.


Respectfully submitted,

Date: January 10, 2019                LAW OFFICE OF PATRICIA L. MCCABE

                                      *s/ Patricia L. McCabe by C.Chen**
                                      (As authorized by email on 1/10/2019)
                                      PATRICIA L. MCCABE
                                      Attorneys for Plaintiff

Date: January 10, 2019                MCGREGOR W. SCOTT
                                      United States Attorney

                                      By *s/ Carolyn B. Chen*
                                      CAROLYN B. CHEN
                                      Special Assistant U. S. Attorney

                                      Attorneys for Defendant

**<u>ORDER</u>**

Pursuant to the stipulation of the parties (ECF No. 21), and finding good cause, IT IS ORDERED that Defendant's response to Plaintiff's opening brief is due by February 20, 2019. All subsequent deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **January 11, 2019**      /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE