MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| FERMIN CERVANTES CASTANEDA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-001654-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 7 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 24) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 7 additional days to respond to Plaintiff's opening brief. The current due date is February 20, 2019. The new due date will be February 27, 2019.

    This is Defendant's second request for an extension of time and the fourth request in this case overall. There is good cause for this request. Since the Defendant's previous request for an extension, Defendant's counsel has continued addressing a full workload and backlog of district court cases and other matters, after recovering from sickness that caused her to be incapacitated and unable to work for multiple days. Starting February 1, 2019, Defendant's counsel has had at

least nine district court cases to brief in February, the majority of which have been previously extended multiple times by either Plaintiff or Defendant. Defendant's counsel has shifted and is continuing to shift many of her cases to avoid missing the deadlines of her cases, minimize further delay of her older cases to which she is giving priority where possible.

Thus, Defendant is respectfully requesting additional time up to and including February 27, 2019, to respond to Plaintiff's opening brief. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: February 20, 2019            LAW OFFICE OF PATRICIA L. MCCABE

*s/ Patricia L. McCabe by C.Chen\**
(As authorized by email on 2/20/2019)
PATRICIA L. MCCABE
Attorneys for Plaintiff

Date: February 20, 2019            MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 24), and finding good cause exists, the deadline for Defendant's response to Plaintiff's opening brief is due by February 27, 2019. All subsequent deadlines are modified accordingly.

IT IS SO ORDERED.

Dated: **February 20, 2019**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE