IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN CERVANTES CASTANEDA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner, Social Security<br><br>Defendant. | Case No.: 1:17-cv-01654-EPG<br><br>ORDER GRANTING REQUEST TO CONTINUE HEARING ON THE CROSS-MOTIONS FOR SUMMARY JUDGMENT<br><br>(ECF No. 29) |

Pursuant to the stipulation of the parties (ECF No. 29), and finding good cause exists, IT IS ORDERED that hearing on the cross-motions for summary judgment, currently set for May 28, 2019, is vacated and reset to August 13, 2019, at 2:00 p.m.

IT IS SO ORDERED.

Dated: __**May 9, 2019**__              /s/ _Erica P. Grosjean_
                                    UNITED STATES MAGISTRATE JUDGE