UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN CERVANTES CASTANEDA,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW SAUL[1]<br>Commissioner, Social Security,<br><br>        Defendant. | Case No.: 1:17-CV-01654-EPG<br><br>ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 33) |

Based upon the parties' Stipulation for Award of Attorney Fees under The Equal Access to Justice Act (EAJA) (ECF No. 33), IT IS ORDERED that attorney fees be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of FOUR THOUSAND EIGHT HUNDRED DOLLARS and ZERO CENTS ($4,800.00), pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated:   **November 13, 2019**          /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul became Commissioner of Social Security on June 17, 2019. Pursuant to FRCP Rule 25(d), Andrew Saul is substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).